

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-18-00824-CR

Trial Court Cause
Number:      1495266

Style:      Avery Lynn Jones

     **v.** The State of Texas

Date motion filed*:      August 14, 2019

Type of motion:      Motion to Extend Time to File Reply Brief

Party filing motion:      Appellant

Document to be filed:      Reply Brief

Is appeal accelerated? ☐ Yes    ☒ No

If motion to extend time:

     Original due date:      July 3, 2019

     Number of previous extensions granted:    1

     Date Requested:      30 days

Ordered that motion is:

     ☒ Granted

         If document is to be filed, document due: **September 16, 2019**

         ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

         ☐ The Court will not grant additional motions to extend time.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes

         ☒ Acting individually      ☐ Acting for the Court

Date: August 20, 2019